UNITED STATES DISTRICT COURT
For the
District of Columbia

| | |
|---|---|
| **Sharon L. Lopez** ) <br> *Plaintiffs* ) <br> ) <br> ) <br> v. ) <br> ) <br> **Jose Francisco "Frank" Oporto,** ) <br> **Director, of FEMA Resource** ) <br> **Management & Business** ) <br> **Administration & Jennifer Robinson,** ) <br> **Supervisory Program Analyst, and** ) <br> **Federal Emergency Management** ) <br> **Agency (FEMA)** ) <br> *Defendant.* ) | Case No. _____ <br><br> Jury Trial Requested |

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND RETALIATION**

Sharon L. Lopez, (hereinafter referred to as "the Plaintiff"), through the undersigned counsel, brings this action for Employment Discrimination based on race, national origin, gender, sexual harassment, religion, age, physical or mental disability, and for Retaliation and/or Reprisal.

I. The Parties to this Complaint

a. In accordance with the Local Rules of the United States District Court for the District of Columbia, LCvR 5.1(c)(1) the Plaintiff provides a separate attachment showing her residence and contact information, to be filed under seal.

OR

    The Plaintiff resides at 2111 Richmond Hwy. Apt. 621 South, Arlington, Virginia 22202. Home Telephone Number: (804) 317-6155; Work Telephone Number: (202) 924-3441; Email: sharonlisalopez@gmail.com.

b. Jose Francisco "Frank" Oporto, (hereinafter "Defendant Oporto" or Defendant(s)") is the Director, of FEMA Resource Management & Business Administration, located at 400 C. St., Washington, D.C. 20472.

c. Jennifer Robinson (hereinafter "Defendant Robinson" or Defendant(s)") is a Supervisory Program Analyst, with the Grant Programs Directorate, Resilience Program and the Plaintiff's Direct 1st Level Supervisor under the Director, Defendant Oporto. Defendant Robinson's work address is 400 C. St., Washington, D.C. 20472.

d. The Plaintiff was employed through Contract since 2019 as an employee and CORE Appointment by the Department of Homeland Security FEMA Headquarters, Grant Programs Directorate, Resilience, as a Management and Program Analyst, Grade 11, Series 0343, located at 400 C. St., Washington, D.C. 20472, until the nonrenewal of her Contract on March 25, 2025.

II. **The Jurisdictional and Statutory Grounds for this Complaint**

    a. Plaintiff brings this action for Discrimination, *Quid Pro Quo* Sexual Harassment, Tangible Employment Action, and/or Hostile Work Environment and Retaliation pursuant to Title VII of the Civil Rights Act of 1964, as codified in 42 U.S. §§ 2000e to 2000e-17 on the basis of color, gender, religion, and national origin and sexual harassment.

        i. The EEOC Compliance Manual, Section 8 Retaliation (1998), outlines the process of retaliation charges, with the elements being: (1) protected activity; (2) adverse action; and (3) a causal connection between the protected activity and the adverse action.

    b. The Plaintiff also alleges age discrimination in the Employment Act of 1967, as codified in 29 U.S. §§ 621 to 634.

    c. The Plaintiff alleges discrimination based on the Americans with Disabilities Act of 1990 as codified in 42 U.S. §§ 12112- to 12117 and the Rehabilitation Act of 1973 as codified in 29 U.S.C. § 791 (applying the Americans with Disabilities Act to the federal sector).

III. **The Plaintiff has Exhausted the Federal Administrative Remedies.**

    a. The Plaintiff brought a Complaint to the Equal Employment Opportunity Counselor, Timothy Harris. (See Attached DHS Form 3090-1 6/24 Exh. A.)(hereinafter Exhibit A.")

    b. The Plaintiff received a Notice of the Right to Sue by the Equal Employment Opportunity Counselor, Timothy Harris, on July 31, 2024. (See Attached *Right to Sue,* Exh. D.)

    c. Pursuant to the Age Discrimination alleged in Paragraph II.(b) above, the Plaintiff alleges that it has been over 60 days since the Plaintiff received the Notice of the Right to Sue.

IV. **The Statement of the Claims**

    a. The Plaintiff provides a full and complete statement of the facts as alleged to provide a basis for the claims as stated above in Paragraph I. in the attachments to the DHS Form 3090-1 (6/24). (See Exh. A.)(hereinafter "Exhibit A") & and Attachment A to the FEMA Informal Complaint showing ongoing Retaliation)(hereinafter "Exhibit B.")

    b. The Plaintiff is a member of a protected class under Title VII, being a woman, born in the middle east, of Indian descent, being a person of color, and was also targeted for Defendant Oporto's belief that Plaintiff was a Muslim. (See Exhibit A.).

    c. The Plaintiff was a specialist in Human Resources, employed since 2019, trusted with advanced, higher grade-level work, often a Person of Contact (POC) on goals and projects, with a Job Performance Rating of Excellence or Exceeds Expectations prior to the events triggering the basis for the sexual harassment, discrimination and retaliation claims herein. (See Exhibit A. & Exhibit B.)

    d. The Plaintiff alleges Defendant Oporto made inappropriate and deeply uncomfortable overtures with unwelcome and unnecessary touching, after asking the Plaintiff to a secluded area, verbally stating the benefits

the Plaintiff could glean by participating in a *quid pro quo* relationship. After the incident, he casually joked, "are you hiding from me?" (See Exhibit A.)

e. The Plaintiff alleges that after rejecting these overtures, the Defendant Oporto acted with intentional discrimination by his failure to promote the Plaintiff, as the Plaintiff was previously promised, by reassigning the Plaintiff's projects and duties, in the unreasonable and unfair denial of training and growth opportunities, and through unfair enforcement of policy not enforced on similarly situated colleagues. (See Exhibit A. & Exhibit B)

f. The Plaintiff alleges the Defendant acted with intentional discrimination and/or Retaliation in providing unequal terms and conditions of employment, including but not limited, to approve of a similarly situated colleague's opportunity to pursue a bachelor's degree while denying the Plaintiff's request to attend a single Master's Class. (See Exhibit A.)

g. The Plaintiff alleges Defendant Oporto violated the Americans with Disabilities Act by using the existence of the Plaintiff's disability or injury, occurring during the course of her duties of employment in a FEMA deployment, to denigrate the Plaintiff directly and indirectly, by spreading gossip, and using the disability or injury to reassign assignments or projects to others, and/or indicate the disability or injury

Sharon Lopez Discrimination Complaint
United States District Court
District of Columbia

p. 5

would prevent the Plaintiff from successfully completing the assignments. (See Exhibit A.)

h. The Plaintiff alleges Defendant Oporto took steps, including, but not limited to, threats against her career, constant derogatory comments, spreading gossip in an attempt to denigrate the Plaintiff's reputation amongst her colleagues, and instructing/colluding with Plaintiff's Direct 1st level Supervisor, Defendant Robinson to prevent her from reporting discriminatory and harassing behavior, to bully the Plaintiff, and try to get the Plaintiff to quit. (See Exhibit A.)

i. The Plaintiff alleges the Defendants Retaliated against her after taking informal action to report and continued after beginning formal administrative actions to report the discriminatory behavior until the Plaintiff was effectively fired, resulting in, including, but not limited to: taking tangible employment actions, and/or creating a hostile work-environment, taking steps to mitigate Plaintiff's roles, jobs and duties; unfairly Rating Job Performance Reviews; changing her CORE Contract from the four-year term to a one-year term, with a clause to review at the end of six-months and one year; and ultimately not renewing the CORE Contract, respectively firing the Plaintiff. (See Exhibit A. & March 31, 2025 Memorandum J. Robinson, Exh. C.)(hereinafter "Exhibit C").

j. FEMA was aware of the allegations and complaints made by the Plaintiff, specifically of the allegations in this Complaint and the attached Exhibits after the Plaintiff reported the actions internally and took appropriate internal and external steps to meet administrative remedy requirements. Yet, the Co-Defendants were constantly in supervisory positions directly over the Plaintiff, in a position to continue the discrimination, harassment, and retaliation to the Plaintiff as alleged in this Claim.

V. **THE RELIEF SOUGHT BY THE PLAINTIFF**

The relief sought by the Plaintiff includes monetary back and front pay, damages for the anxiety, pain and suffering through the unsafe, oppressive, hostile work environment and retaliation in the work-place, an injunction by the Court to prevent wrongful parties (i.e. J. Robinson and J.F. Oporto) from interaction or supervisory authority over Plaintiff, Plaintiff's work-product, Job Performance Ratings, etc., and to have Plaintiff's Contract reinstated, with promotional, educational, and job-growth opportunities renewed as promised, and attorney's fees.

VI. **CERTIFICATE AND CLOSING**

Under the Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by

a nonfrivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Complaint otherwise complies with the requirements of Rule 11.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by filing _____, this __9th___ Day of ____June_____.

Respectfully submitted,

/s/ Mike Mann
**MIKE MANN, ESQ.**
Fla. Bar No. 1020249
MANN Trial Attorneys
105 East Garden Street, Suite B
Pensacola, Florida 32502
Telephone 850-407-8077
Mike@themann.law
*Attorney for Plaintiff*


/s/Charles Tucker, Jr., Esq.
Charles Tucker, Jr., Esq.(Bar: 993515)
8181 Professional Pl. Suite 207
Hyattsville, MD 20785
Email:ctucker@tuckerlawgroupllp.com